UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARY R. SETZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-00147 |
| ) | REEVES/GUYTON |
| FIRST CHOICE LENDING SERVICES, LLC, ) | |
| CRYSTAL D. SHELTON, ) | |
| STEVE R. SHELTON, and ) | |
| BRANNON T. TAYLOR, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that the Defendants' motion for summary judgment is **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED**, **with prejudice.**

Enter:

_____/s/ Pamela L. Reeves_____
UNITED STATES DISTRICT JUDGE