UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARY R. SETZER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:17-CV-147-PLR-HBG |
| | ) |
| FIRST CHOICE LENDING SERVICES, LLC, | ) |
| CRYSTAL D. SHELTON, | ) |
| STEVE R. SHELTON, and | ) |
| BRANNON T. TAYLOR, | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the court on plaintiff's motion to amend Findings of Fact [R. 30]. In accordance with the opinion of the Sixth Circuit Court of Appeals affirming this court's judgment dismissing plaintiff's complaint in its entirety [R. 34], the motion to amend [R. 30] is **DENIED as moot.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE